IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ELGERT,<br><br>             Plaintiff,<br><br>   v.<br><br>SIEMENS APPLIED AUTOMATION, INC. et al.,<br><br>             Defendants. | CIVIL ACTION<br>NO. 17-1985 |

# ORDER

**AND NOW**, this 1st day of August 2017, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on August 16, 2017 at 4:00 p.m. in Room 13614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS FURTHER ORDERED** as follows:

1.   The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2.   The parties shall commence discovery immediately because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference.

3.   Counsel shall consult and shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Slomsky's form Report on or before August 14, 2017.

4.   Counsel shall follow Judge Slomsky's Policies and Procedures which can be found at www.paed.uscourts.gov.

                                                          **BY THE COURT:**

                                                          /s Joel H. Slomsky, J.
                                                          JOEL H. SLOMSKY, J.