IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ELGERT,<br><br>                             Plaintiff,<br><br>    v.<br><br>SIEMENS INDUSTRY, INC., et al.,<br><br>                             Defendants. | CIVIL ACTION<br>NO. 17-1985 |

## **ORDER**

**AND NOW,** this 20th day of March 2019, upon consideration of Defendants' Motion to Preclude Plaintiff's Expert Thomas Cocchiola From Offering Any Warning, Safety Communication and Alternative Design Opinions at Trial (Doc. No. 29), Plaintiff's Response (Doc. No. 31), Defendants' Reply in Support of their Motion (Doc. No. 34), the arguments of counsel at a hearing held on September 11, 2018, and for the reasons stated in the Opinion of the Court issued on this day, it is **ORDERED** that Defendants' Motion (Doc. No. 29) is **DENIED**.

                                                                   BY THE COURT:

                                                                   /s/ Joel H. Slomsky
                                                                  JOEL H. SLOMSKY, J.