IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SEAN ELGERT,

        Plaintiff,

v.

SIEMENS INDUSTRY, INC., et al.,

        Defendants.

CIVIL ACTION
NO. 17-1985

**ORDER**

**AND NOW**, this 21st day of March 2019, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 28), Plaintiff's Response in Opposition (Doc. No. 30), Defendants' Reply (Doc. No. 34), the arguments of counsel for the parties at the hearing held on September 11, 2018, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 28) is **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion for Summary Judgment (Doc. No. 28) is **DENIED** on Plaintiff's defective design claim alleged in Count I, and **GRANTED** on Plaintiff's negligence claim in Count II.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.