IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN ELGERT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIEMENS INDUSTRY INC., et al.,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 17-1985 |

### ORDER

**AND NOW**, this 21st day of August 2019, upon consideration of Defendants Siemens Industry, Inc.'s, Siemens Postal, Parcel, and Airport Logistics, LLC's, and Dematic Corp.'s ("Defendants") Motion for Reconsideration of the Order Denying Their Daubert Motion To Preclude Plaintiff's Expert Thomas Cocchiola From Offering Any warning, Safety Communication and Alternative Design Opinions At Trial (Doc. No. 51), Plaintiff's Response in Opposition (Doc. No. 58), and Defendants' Reply (Doc. No. 60), it is **ORDERED** in accordance with the Opinion issued by the Court on this day that Defendants' Motion for Reconsideration (Doc. No. 51) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.

1