IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN ELGERT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SIEMENS INDUSRTY, INC., et al. | : | NO. 17-1985 |

### CIVIL JUDGMENT

Before the Honorable Joel H. Slomsky

  AND NOW, this 20th day of October, 2022, in accordance with the VERDICT of the Jury,

  IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants Siemens Industry, Inc., Siemens Postal, Parcel and Airport Logistics, LLC and Dematic Corp. and against plaintiff Sean Elgert.

              BY THE COURT

              ATTEST: S/ *Matthew J. Higgins*
                   Matthew J. Higgins
                   Deputy Clerk